|   |   |
|---|---|
| 1 | ROBERT WAGGENER - SBN: 118450 |
|   | LAW OFFICE OF ROBERT WAGGENER |
| 2 | 214 Duboce Avenue |
|   | San Francisco, California 94103 |
| 3 | Phone:      (415) 431-4500 |
|   | Fax:          (415) 255-8631 |
| 4 | E-Mail:     rwlaw@mindspring.com |
| 5 | Attorney for Defendant DEMARCUS HICKS |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-00108 JD |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA HEARING AND FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| DEMARCUS HICKS, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between counsel for the United States and counsel for defendant Demarcus HICKS that the change of plea hearing for defendant Demarcus HICKS be continued from today, March 21, 2022 at 10:30 a.m. to April 4, 2022 at 10:30 a.m. The basis for the request is that defendant Demarcus HICKS is currently hospitalized at Dameron Hospital in Stockton, California, and is not expected to be released until later this week.

The parties stipulate and agree that excluding time from March 21, 2022 through April 4, 2022 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from March 21, 2022 through April 4, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A),

**STIPULATION AND [PROPOSED] ORDER**

(B)(iv).

Dated: March 21, 2022                             /s/
                                          ROBERT WAGGENER
                                          Attorney for Defendant

Dated: March 21, 2022                             /s/
                                          DAVID WARD
                                          Assistant United States Attorney

[PROPOSED] ORDER

**IT IS SO ORDERED**.

Dated: _____
                                          JAMES DONATO
                                          United States Chief District Judge

**STIPULATION AND [PROPOSED] ORDER**