ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone:        (415) 431-4500
Fax:          (415) 255-8631
E-Mail:       rwlaw@mindspring.com

Attorney for Defendant DEMARCUS HICKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-00108 JD |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA HEARING AND FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| DEMARCUS HICKS, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between counsel for the United States and counsel for defendant Demarcus HICKS that the change of plea hearing for defendant Demarcus HICKS be continued from today, March 21, 2022 at 10:30 a.m. to April 28, 2022 at 11:30 a.m. The basis for the request is that defendant Demarcus HICKS is currently hospitalized at Dameron Hospital in Stockton, California, and is not expected to be released until later this week.

The parties stipulate and agree that excluding time from March 21, 2022 through April 28, 2022 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from March 21, 2022 through April 4, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A),

**STIPULATION AND [PROPOSED] ORDER**

(B)(iv).

Dated: March 21, 2022

/s/
ROBERT WAGGENER
Attorney for Defendant

Dated: March 21, 2022

/s/
DAVID WARD
Assistant United States Attorney

[PROPOSED] ORDER

**IT IS SO ORDERED**.

Dated: _____

JAMES DONATO
United States Chief District Judge

**STIPULATION AND [PROPOSED] ORDER**