EDWIN PRATHER, SBN 190536
PRATHER LAW OFFICES
245 Fifth Street, Suite 103
San Francisco, CA 94108
Telephone: 415.881.7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
MARK DJANGO HICKS, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARK DJANGO HICKS, *et al.,*<br><br>　　　　　Defendants. | Case No.: CR 20-0108 JD<br><br>**STIPULATION AND [PROPOSED] ORDER RE AUGUST 29, 2022 SENTENCING HEARING** |

　　　This matter is a seven-defendant case. Of the six defendants that have pleaded guilty, three defendants have been previously sentenced by the Court and three defendants – Mark Django Hicks, Demarcus Hicks, and Dionysius Costello – are scheduled to be sentenced by the Court on August 29, 2022.

　　　Defendant Mark Hicks has an extensive medical history starting from September 2013 when he was shot, suffered spinal cord injuries, and confined to a wheelchair. Counsel for Mark Hicks requires additional time past August 29, 2022, to receive medical information to be used at sentencing.

Defendant Demarcus Hicks suffers from Crohn's disease and is currently being evaluated for additional surgery. Counsel for Demarcus Hicks requires additional time past August 29, 2022, to receive medical information to be used at sentencing.

In order for counsel to be effectively prepared for the sentencing hearing and to proceed with all three defendants on the same day to conserve government and judicial resources, the government and all counsel agree and jointly stipulate to a short continuance of the sentencing hearing from August 29, 2022, to September 12, 2022, at 10:30 a.m.

The parties also agree and jointly stipulate that the sentencing memoranda in this matter will be filed on or before August 29, 2022, and any memoranda in reply will be filed on or before September 6, 2022.

Defendant Mark Hicks' Form 12 matter in Case Number CR 13-0079 JD, should also be continued to September 12, 2022, at 10:30 a.m.

IT IS SO ORDERED.

Dated:  August 9, 2022

_____
THE HONORABLE JAMES DONATO
U.S. DISTRICT JUDGE

Agreed to form:

STEPHANIE HINDS
United States Attorney

_____/s/_____
BARBARA VALLIERE
DAVID WARD
Assistant United States Attorneys

_____/s/_____
EDWIN PRATHER
Attorney for Defendant
MARK DJANGO HICKS

_____/s/_____
ROBERT WAGGENER
Attorney for Defendant
DEMARCUS HICKS

_____/s/_____
MARTHA BOERSCH
Attorney for Defendant
DIONYSIUS COSTELLO